UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

09 MAY -1 AM 10: 55

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PEDRO BARBOZA-SERRANO,<br><br>                    Defendant. | CASE NO. 09CR0957-JM<br><br>JUDGMENT OF DISMISSAL |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

____    of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/24/2009

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE


ENTERED ON _____